# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:06cv24

| | |
|---|---|
| JAMES E. McCALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | AMENDED[1] |
| Vs. ) | ORDER |
| ) | |
| TOWN OF HIGHLANDS, NORTH ) | |
| CAROLINA; and TOWN OF ) | |
| HIGHLANDS POLICE DEPARTMENT, ) | |
| NORTH CAROLINA, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Leave to File First Amended Complaint (#7). Such motion does not contain a statement that counsel for the opposing parties has been consulted and either consents to or opposes such motion. L.Cv.R. 7.1(A).

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Leave to File First Amended Complaint is **DENIED** without prejudice in accordance with Local Civil Rule 7.1.

---

[1] Such motion is supported by a brief, which was combined with the response to defendants' motion to dismiss. So that they are not missed, a memorandum in support of one motion should not be incorporated into a brief responsive to another motion.

Signed: November 14, 2006

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge